<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 19-CV-12740 (CCC) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| EGAL MATA, Individually, and d/b/a | : | |
| MATA'S BARBER SHOP, | : | |
| | : | |
| Defendant. | : | |

<u>**CECCHI, District Judge**</u>**:**

This matter comes before the Court on a motion for default judgment filed by Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") against Egal Mata, individually and d/b/a Mata's Barber Shop on December 19, 2019. ECF No. 9-5.

**WHEREAS** Egal Mata requested an extension of time to respond to the complaint on February 14, 2020 given that he did not live in the country and had just received the motion papers. ECF No. 10.

**WHEREAS** Egal Mata answered the complaint on February 21, 2020. ECF No. 11.

**WHEREAS** an individual is entitled to proceed *pro se*, but a corporation must be represented by counsel. *Rule* 1:21-1(c).

**WHEREAS** the Court accepts the answer filed by Defendant Egal Mata, on his own behalf, as he is proceeding *pro se* and his filing is treated liberally, and the Court concludes that his filing has not significantly prejudiced Plaintiff.

**WHEREAS** the corporate Defendant Mata's Barber Shop must be represented by counsel who shall file an answer or responsive motion on the corporation's behalf.

IT IS on this 24th day of July, 2020

**ORDERED** that default judgment is **DENIED** as to *pro se* Defendant Egal Mata in his individual capacity as his answer is accepted and entry of default is hereby VACATED; and it is further,

**ORDERED** that  corporate Defendant Mata's Barber Shop, is provided 60 days to retain counsel to represent the corporation; and it is further,

**ORDERED** that the Plaintiff's motion for default judgment as to Egal Mata, individually and d/b/a Mata's Barber Shop (ECF No. 9-5) is **ADMINISTRATIVELY TERMINATED.**

                                                           
_____

**CLAIRE C. CECCHI, U.S.D.J.**